IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PERLA ENRIQUEZ BACA, as
the Personal Representative of
AMELIA BACA, deceased,**

    Plaintiff,

v.                                            Case No. CIV-22-00552 KRS/GJF

**JARED COSPER, in his individual
capacity, THE CITY OF LAS CRUCES, and
LAS CRUCES POLICE CHIEF MIGUEL DOMINGUEZ,**

    Defendants.

## ACCEPTANCE OF SERVICE AND WAIVER OF SUMMONS

Defendants, Jared Cosper, in his individual capacity, the City of Las Cruces, and Las Cruces Police Chief Miguel Dominguez ("City Defendants"), through their attorneys Robles, Rael & Anaya, P.C. (Luis Robles), state the following for their Acceptance of Service and Waiver of the Service of Summons for Plaintiff's Complaint for Civil Rights Violations and the Wrongful Death of Amelia Baca ("Plaintiff's Complaint"):

    1.    City Defendants' counsel received Plaintiff's request to waive service of a summons in this action along with a copy Plaintiff's Complaint.

    2.    To save the expense of serving a summons and complaint in this case, City Defendants agree to accept service of Plaintiff's Complaint. City Defendants understand that they will keep all defenses and/or objections to the lawsuit, the court's jurisdiction, and the venue of the action. That said, City Defendants waive any objections to the absence of a summons or of service.

3. By having accepted service, City Defendants also understand and agree that they must file and serve an answer or a motion under Rule 12 within 60 days from July 26, 2022, the date when this request was sent.

4. City Defendants understand and agree that they must file and serve an Answer to Plaintiff's Complaint or motion under Rule 12 by September 26, 2022.

**WHEREFORE**, City Defendants hereby waives service of a summons in this action.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By: /s/ Luis Robles
Luis Robles
Attorney for City Defendants
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com

I hereby certify that the foregoing was
electronically filed through the CM/ECF
on this  3rd   day of August 2022 which will
cause service to the following:

Sam Bregman
The Bregman Law Firm, P.C.
901 3rd Street NW, Suite A
Albuquerque, NM 87102
(505) 761-5700
sam@bregmanlawfirm.com

*Lead Counsel for Plaintiffs*

Daniela Labinoti
Law Firm of Daniela Labinoti, P.C.
707 Myrtle Avenue
El Paso, TX 79901
(915) 581-4600
(915) 581-4605
Daniela@LabinotiLaw.com

*Co-Counsel for Plaintiffs*


 /s/ Luis Robles
Luis Robles