# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**PERLA ENRIQUEZ BACA, as**
**the Personal Representative of**
**AMELIA BACA, deceased,**

    Plaintiff,

v.                                                      Case No. CIV-22-00552 RB-GJF

**JARED COSPER, in his individual**
**capacity, THE CITY OF LAS CRUCES, and**
**LAS CRUCES POLICE CHIEF MIGUEL DOMINGUEZ,**

    Defendants.

## ORDER

**THIS MATTER** is before the Court on Defendant Jared Cosper's Unopposed Motion to Exceed Page Limits on His Reply in Support of His Motion for Partial Summary Judgment on the Basis of Qualified Immunity as to Counts I and II. (Doc. 43.) Defendant Cosper seeks leave to file up to a 17-page Reply brief so that he may fully address Plaintiff's response to his motion. The Court, having reviewed the Motion for the proposed extension, and having noted that it is unopposed, finds there is good cause to **grant** the motion. Defendant may file up to 17 pages in his reply brief.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE